**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00059-CV**

———————————

**MICHAEL DONALD LEE SANDERS, Appellant**

**V.**

**ARTEMIS INVESTMENT HOLDINGS, LLC, DARIN J. RAY, AND DUCKWORTH & RAY, LLP, Appellees**

**On Appeal from 12th District Court**
**Grimes County, Texas**
**Trial Court Case No. 035864**

## MEMORANDUM OPINION

Appellant Michael Donald Lee Sanders failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a).[1] On April 2, 2024, the Clerk of this Court notified Appellant that

---

[1] On January 29, 2024, Appellant had filed a Motion to Dismiss with Prejudice, representing that "the parties have entered into a settlement agreement that

his appellate brief was past due, and his appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file his brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

dismisse[d] all claims with prejudice to the rights of either party." We denied the Motion to Dismiss without prejudice on procedural grounds.

2